UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMAL SCOTT,<br><br>   Plaintiff<br><br>v.<br><br>BILGAN ERDOGAN,<br><br>   Defendant. | CIVIL ACTION NO. 3:12-CV-2041<br><br>(MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 4th day of August, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's motion to bifurcate (Doc. 84) is **GRANTED IN PART AND DENIED IN PART**.

2. Defendant's affirmative defense that Plaintiff failed to exhaust his remaining claims is **DENIED** pursuant to Fed. R. Civ. P. 52(c).

3. The Clerk of Court is directed to **TERMINATE** Defendant Pennsylvania Department of Corrections Secretary John Wetzel from this action.

BY THE COURT:

Dated: August 4, 2016

s/ Karoline Mehalchick
KAROLINE MEHALCHICK
United States Magistrate Judge